UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. EDWARD EZOR,<br><br>   Plaintiff,<br><br> v.<br><br>REVA G. GOETZ, et al.,<br><br>   Defendant. | NO. CV 16-562-JVS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that (1) Plaintiff's claims against Judge Geotz, Estate of Justice H. Walter Croskey, Justice Kitching and Justice Aldrich are dismissed without leave to amend and (2) Plaintiff is granted leave to file a First Amended Complaint against the remaining defendants within 30 days after the entry of this order.

DATED: April 27, 2016

              JAMES V. SELNA
              United States District Judge