UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. EDWARD EZOR,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>REVA G. GOETZ, et al.,<br><br>　　　　Defendants. | NO. CV 16-562-JVS (AGR)<br><br>ORDER OF DISMISSAL |

　　　On January 26, 2016, Plaintiff filed a civil rights complaint.

　　　On April 27, 2016, the Court accepted the magistrate judge's Report and Recommendation (Dkt. No. 19).  The Court dismissed without leave to amend the claims against Judge Goetz, Justice Kitching, Justice Aldrich and the Estate of Justice H. Walter Croskey.  The Court granted Plaintiff leave to file a First Amended Complaint against the remaining defendants within 30 days after entry of the order, or May 27, 2016.  (Dkt. No. 22.)

1 | Plaintiff has not filed a First Amended Complaint.  Moreover, on June 2, 2016, Plaintiff filed a notice of appeal.  Accordingly, the action is DISMISSED with prejudice.

DATED: July 7, 2016

/s/ JAMES V. SELNA

JAMES V. SELNA
United States District Judge